[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-10166

Non-Argument Calendar

————————————————

THE KIDWELL GROUP LLC
d.b.a. Air Quality Assessors of Florida,
other Suburban Extended Stay Kunal Patel,

                                                    Plaintiff,

J & K SAI HOSPITALITY LLC,
d.b.a. Suburban Extended Stay,

                                                    Plaintiff-Appellee,

*versus*

STEADFAST INSURANCE COMPANY,

                                                    Defendant-Appellant.

2                    Opinion of the Court                    23-10166

———————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:22-cv-04377-MCR-MJF

———————————————

Before JORDAN, JILL PRYOR, and LUCK, Circuit Judges.

PER CURIAM:

J & K Sai Hospitality LLC's motions to dismiss this appeal for lack of jurisdiction are GRANTED.  We lack jurisdiction to review the district court's order compelling appraisal and staying the proceedings pending appraisal for the reasons stated in *Positano Place at Naples I Condominium Association v. Empire Indemnity Insurance Co.*, 84 F.4th 1241 (11th Cir. 2023).  The order compelling appraisal is a non-final interlocutory order that is not immediately appealable under 28 U.S.C. § 1292(a)(1) or the Federal Arbitration Act.  *See id.* at 1255.

Accordingly, this appeal is DISMISSED for lack of jurisdiction.  Steadfast Insurance Company's unopposed motion to amend its response to the motion to dismiss is GRANTED, as we have considered the amended response.